Matthew C. Maclear (Bar No. 209228)
Email: mcm@atalawgroup.com
Jason Flanders (Bar No. 238007)
Email: jrf@atalawgroup.com
J. Thomas Brett (Bar. No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (415) 568-5200

Barry Lee (Bar No. 349773)
Email: barry@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff*
ORANGE COUNTY COASTKEEPER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit association,<br><br>        Plaintiff,<br><br>    v.<br><br>ACD, LLC, a California corporation; CRYOGENIC INDUSTRIES, INC., a Delaware corporation; CRYOGENIC INDUSTRIES SERVICE COMPANIES, LLC, a California corporation; NIKKISO AMERICA, INC., a Delaware corporation; CREF3 PULLMAN 2 OWNER LLC, a Delaware corporation,<br><br>        Defendants. | Case No.: 8:23-cv-02409-JVS-DFM<br><br>**JOINT NOTICE OF TENTATIVE SETTLEMENT** |

1  PLEASE TAKE NOTICE that the parties have reached a tentative settlement in this
2  proceeding. The parties are in the process of finalizing a proposed Consent Decree and
3  have reached agreement on the substantive terms of the proposed Consent Decree,
4  including those governing injunctive relief, and fees and costs. All that remains is final
5  execution of the proposed Consent Decree. Given number of Defendants, and where
6  signatory for Defendant Nikkiso America, Inc. is located in Japan, it may take several days
7  for the parties to fully execute the proposed Consent Decree.
8  Once finalized and executed, the proposed Consent Decree will be sent to the United
9  States Department of Justice ("DOJ") and the United States Environmental Protection
10 Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of
11 the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of
12 commencement of the 45-day review period once Plaintiff receives that notice from DOJ.
13 At the end of the 45-day review period, Plaintiff will notify the Court of any objections
14 received from the reviewing agencies and will submit the proposed Consent Decree for
15 consideration and approval by this Court.

19 Dated: June 28, 2024

21 /s/ J. Thomas Brett
22 Matthew C. Maclear
   J. Thomas Brett
23 AQUA TERRA AERIS LAW GROUP
24 Attorneys for Plaintiff
   ORANGE COUNTY COASTKEEPER

Dated: June 28, 2024

/s/ Barry Lee
Barry Lee
ORANGE COUNTY COASTKEEPER
Attorney for Plaintiff
ORANGE COUNTY COASTKEEPER

Dated: June 28, 2024

/s/ Jennifer T. Taggart
DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP
Attorney for Defendants
ACD, LLC; CRYOGENIC INDUSTRIES, INC.; CRYOGENIC INDUSTRIES SERVICE COMPANIES, LLC; and NIKKISO AMERICA, INC.

Dated: June 28, 2024

/s/ Daniel Warren
Emily Murray
Daniel Warren
ALLEN MATKINS
Attorney for Defendant
CREF3 PULLMAN 2 OWNER LLC

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ J. Thomas Brett
J. Thomas Brett